York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAMIAN GARDNER, Appellant.

Submitted November 29, 2010; decided December 14, 2010

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v JOHN GRANT, Respondent.

Submitted November 22, 2010; decided December 14, 2010

Motion to vacate this Court's October 28, 2010 dismissal order granted [see 15 NY3d 891 (2010)].

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID M. HARNETT, Appellant.

Submitted December 6, 2010; decided December 14, 2010

Motion by District Attorneys Association of the State of New York for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.